```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                        :
CHRISTOPHER BENSMAINE,                                  :
                                                        :
                        Plaintiff,                      :
                                                        :           21-cv-4816 (LJL)
        -v-                                             :
                                                        :           ORDER
CITY OF NEW YORK, et al.,                               :
                                                        :
                        Defendants.                     :
                                                        :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2021

LEWIS J. LIMAN, United States District Judge:

      The Court *sua sponte* strikes the Defendants' letter at Dkt. No. 60. Defendants were invited to express their views regarding the case management plan and service on the individual defendants, including whether the individual defendants would waive any defects with respect to service. The letter both fails to answer certain of these questions and addresses—without making a motion for relief—other issues that are not before the Court and in a tone that is not appropriate for correspondence with the Court. Defendants shall have until 5:00 p.m. on December 14, 2021 to file a revised letter.

      SO ORDERED.

Dated: December 13, 2021
       New York, New York

                                                    LEWIS J. LIMAN
                                           United States District Judge