```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CHRISTOPHE BENSMAINE,                                              :
                                                                   :
                                Plaintiff,                         :
                                                                   :      21-cv-4816 (LJL)
        -v-                                                        :
                                                                   :         ORDER
CITY OF NEW YORK,                                                  :
                                                                   :
                                Defendant.                         :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court strikes Plaintiff's letter at Dkt. No. 62 *sua sponte*. No rule of Court permits a party to submit a letter in excess of three pages. The parties are admonished to each behave in a manner suited to an attorney admitted to practice before this Court. The Court puts both parties on notice that they subject themselves to potential sanctions if they do not act in compliance with the Court's rules and practices or behave in a manner falling below acceptable standards of professional conduct. Letter motions are limited to those permitted by the Court's individual practices. In the alternative, a party must move by formal motion.

      The Clerk of Court is respectfully directed to strike the letters at Dkt. Nos. 60, 62 from the docket.
      SO ORDERED.

Dated: December 14, 2021
      New York, New York

                                                   LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021