UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHE BENSMAINE,

                        Plaintiff,

   -v-

CITY OF NEW YORK, et al.,

                        Defendants.

CIVIL ACTION NO.: 21 Civ. 4816 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, October 31, 2022, the Court orders as follows:

1. Discovery shall proceed pursuant to the following schedule:

   a. All fact discovery shall be completed by **May 31, 2023**.

   b. By **June 7, 2023**, the parties shall file a joint letter certifying the completion of fact discovery.

   c. The expert discovery schedule is HELD IN ABEYANCE pending completion of fact discovery.

2. By **November 10, 2022**, the parties shall file a proposed protective order.

3. Plaintiff's request (ECF No. 104) for an order "coordinating discovery in this matter with the discovery in the consolidated cases pending before Hon. Colleen McMahon and Hon. Gabriel W. Gorenstein under the In re NY City Policing During Summer 2020 Demonstrations, 20-cv-8924(CM)(GWG) docket (the 'Consolidated Actions')" is GRANTED IN PART to the extent that the parties shall promptly meet and confer and, by **November 10, 2022**, file a joint proposed order for coordinating discovery with the Consolidated Actions (the "Coordination Order").  To the extent the parties cannot

agree on any provision of the Coordination Order, the parties may set forth their competing provisions <u>without</u> <u>argument</u>.

4. Defendants shall promptly ascertain the extent and accessibility of any <u>Monell</u> discovery that was produced in the Consolidated Actions or the individual actions identified by Plaintiff (<u>see</u> ECF No. 104 at 2) and, by **November 10, 2022**, file a letter (the "Letter") reporting on the status of their efforts.  Defendants' request to bifurcate <u>Monell</u> discovery (ECF No. 108) is DENIED WITHOUT PREJUDICE to renewal pending the Court's receipt of the Letter.

5. A telephone conference is scheduled for **Monday, November 14, 2022 at 12:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 104.

Dated:      New York, New York
            October 31, 2022

SO ORDERED.

*[signature]*

**SARAH L. CAVE**
**United States Magistrate Judge**