# GIBSON LAW FIRM, PLLC

SUJATA S. GIBSON, ESQ.
832 Hanshaw Rd., Suite A
Ithaca, New York 14850

November 10, 2022

**VIA ECF**
Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, New York, NY 10007

<table>
<tr><td></td><td>Plaintiff's request at ECF No. 118 is GRANTED, and the telephone conference scheduled for November 14, 2022 is ADJOURNED to <strong>Friday, November 18, 2022 at 11:30 am</strong>.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.<br><br>The Clerk of Court is respectfully directed to close ECF No. 118.<br><br>SO ORDERED     11/10/2022<br><br>SARAH L. CAVE<br>United States Magistrate Judge</td></tr>
</table>

   Re: *Bensmaine v. City of New York*
     Docket 21 civ 4816

Dear Judge Cave,

   I am counsel for the Plaintiff in this matter. I write on consent from Defendants' counsel to

request a short adjournment of our conference in this matter. The telephone conference is currently

scheduled for November 14, 2022, at 12 p.m. I have an urgent medical appointment that can only be

scheduled at that time. Counsel's availability for the remainder of the week is as follows:

Wednesday, November 16th: 1pm to 4:30pm
Thursday, November 17th: 9am to 5pm
Friday, November 18th: 9am to noon.

             Respectfully Submitted,

             */s/ Sujata S. Gibson*
             Counsel for the Plaintiffs

Cc: All counsel via ECF