AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Christophe Bensmaine | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-04816 (JLR)(SLC) |
| City of New York, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: 11/16/2022

/s/ Remy Green
*Attorney's signature*

Remy Green, 5505300
*Printed name and bar number*
Cohen & Green PLLC
1639 Centre St., Suite 216
Ridgewood, NY 11385

*Address*

remy@femmelaw.com
*E-mail address*

(929) 888-9480
*Telephone number*

(929) 888-9457
*FAX number*