

November 22, 2022

Hon. Sarah L. Cave, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

<u>By Electronic Filing.</u>

      Re:    <u>Bensmaine v. City of New York</u>, 21-cv-4816 (JLR) (SLC)

Dear Judge Cave:

    As the Court likely recalls, my firm and co-counsel represent Plaintiff in the case above. As discussed and directed at the initial conference last week, I write jointly with counsel for Defendants to address the remaining issues on confidentiality and coordination. *See* Dkt. No. 131.

    *First*, the parties are now in agreement that the Court should enter the proposed confidentiality order at Dkt. No. 119-2 (referred to in the Court's Order as "the 'Protective Order'").

    *Second,* the parties have not been able to reach an agreement on the proper wording of Paragraph No. 10 of the coordination order.[1] The parties' proposed text, with the area of dispute in bold is below:

> **Plaintiff:** "Plaintiff may depose witnesses that have already been deposed in the Consolidated Actions, only to the extent that they are a named defendant and/or fact witness in the instant matter. However, plaintiff may not **duplicate questioning from** the Consolidated actions."
>
> **Defendants**: Plaintiff may depose witnesses that have already been deposed in the Consolidated Actions, only to the extent that they are a named defendant and/or fact witness in the instant matter. However, plaintiff may not **requestion witnesses who have already been deposed in** the Consolidated Actions **on matters which are the subject of prior testimony**.

For convenience, the parties have sent a Word version of the proposed order to Chambers by email, with paragraph 10 left blank.

    As always, we thank the Court for its continued time and attention — and wish the Court a warm and happy holiday.

---

[1] The parties have also agreed to remove Paragraph No. 7 from the version Plaintiff initially proposed as moot – and we have marked the paragraph as intentionally blank in the Word document sent to Chambers to avoid confusion with numbering.



        Respectfully submitted,

           /s/
        _____

        J. Remy Green
           *Honorific/Pronouns: Mx., they/their/them*
        **COHEN&GREEN P.L.L.C.**
        *Attorneys for Plaintiff*
        1639 Centre St., Suite 216
        Ridgewood, New York 11385

Enclosure.

cc:
All relevant parties by electronic filing.

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com