# EXHIBIT D-2

```
                                                            Page 1
 1
 2    50-h HEARING
      ------------------------------------------X
 3    In the Matter of the Claim of
 4    CHRISTOPHE BENSMAINE,
 5                                    CLAIMANT,
              -against-
 6
 7    THE CITY OF NEW YORK, THE NEW YORK POLICE
      DEPARTMENT, POLICE OFFICER CHAJDON
 8    MONESTINE, and unnamed additional officers,
      and agents and assigns of the above-named
 9    defendants JOHN DOES and JANE DOES 1-30,
10                                    RESPONDENTS.
      ------------------------------------------X
11    Claim #: 2020PI020923
12                       DATE: December 17, 2020
13                       TIME: 1:00 P.M.
14
15
16         50-h Hearing of CHRISTOPHE
17    BENSMAINE, the Claimant in the
18    above-entitled matter, pursuant to statute,
19    held at the above date and time, before
20    Daniel Mancino, a Notary Public of the
21    State of New York.
22
23
24
25
```

Diamond Reporting
877.624.3287     A Veritext Company     www.veritext.com



Page 21

CHRISTOPHE BENSMAINE

1
2    Q.    And again, when you were on the
3  bus, were others on the bus wearing
4  protective facial masks?
5    A.    The same answer.  I don't have
6  many memories of this moment at this time.
7  I was still in shock and at the time I was
8  feeling -- because when you're on that kind
9  of bus people can show (sic) you from the
10  outside.  So I recall people across the
11  street in a restaurant dining.  So I
12  felt -- sorry.  So, yeah, some of them were
13  wearing face mask and some of them didn't.
14    Q.    When you were taken to the
15  police station that you described near
16  Brooklyn Bridge, did they put you into any
17  kind of holding area where the handcuffs
18  were removed?
19    A.    Not really.  I mean we had to
20  wait inside, inside of the bus up until
21  each arresting officer came, you know, we
22  had to move with this person.  So we had to
23  wait and after that we had to wait in a few
24  before entering the police station and
25  since my handcuffs were starting to hurt me

```
                                                    Page 22
 1              CHRISTOPHE BENSMAINE
 2   so I had to ask my arresting officer at
 3   first and after that another police officer
 4   who was guarding me for a few minutes to
 5   loosen this up.
 6        Q.    And did they do anything in
 7   response?
 8        A.    They did.  I think they did
 9   loosen.
10        Q.    And at some point after the
11   arresting officer came, was any kind of
12   processing done where they took pictures or
13   fingerprints?
14        A.    Yeah, absolutely.  The process
15   was at first to answer a few questions
16   asked by a police officer at the entrance
17   of the police station so I did and after
18   that they took the picture taken with my
19   arresting officer and myself.  So I had to
20   remove my face mask for that time.
21        Q.    And about how long was it from
22   when you went to the police precinct until
23   you were taken to the processing?
24        A.    I'm not sure if I understand
25   the question.
```