UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHE BENSMAINE,

                Plaintiff,

  -v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 4816 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **March 31, 2023**, the parties shall file a joint letter reporting on the status of fact discovery.

Dated:      New York, New York
              February 10, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**