**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------
- **BENSMAINE ET AL.**,

                      **Plaintiff,**

                      **-against-**

**CITY OF NEW YORK ET AL.**,

                      **Defendants.** ------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

21 Civ. 4816

**PLEASE TAKE NOTICE** that **Omar J. Siddiqi**, Senior Counsel, hereby appears as counsel of record on behalf of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City, Hillery, Monestine, Dowling, Cascio, Cirikiovich, Dottavio, Johnson, Kornegay, Mosquera, Oliveras, and Singh, effective April 18, 20213.

Dated: New York, New York
       April 18, 2023

                                  Hon. Sylvia O. Hinds-Radix
                                  Corporation Counsel of the City of New York
                                  *Attorney for Defendant s*
                                  100 Church Street
                                  New York, New York 10007
                                  (212)       356-2345

                            By:       /s/
                                  Omar J. Siddiqi
                                  Senior Counsel
                      Special Federal Litigation Division