# GIBSON LAW FIRM, PLLC

S̲ujata S. Gibson̲, E̲sq.
120 E Buffalo St, Suite 2
Ithaca, New York 14850

May 3, 2023

**BY ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, New York, NY 10007

> By **June 5, 2023**, the parties shall file a joint letter reporting on the status of their settlement discussions.
>
> SO ORDERED        5/4/2023
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re:    *Bensmaine v. City of New York*
       Docket 21 civ 4816 (JLR)(SLC)

Your Honor:

    I am co-counsel for the Plaintiff in this matter. I write jointly with Defendants' counsel Omar Siddiqi pursuant to the Court's order dated 4/3/2023 directing the parties to provide an update on settlement progress and the need for a settlement conference by 5/3/2023. The parties are exploring settlement and respectfully ask for more time to conclude these discussions. No settlement conference is requested at this time, but if the matter cannot be resolved shortly, the parties will jointly submit a request for a conference with the Court in the near future or alert the Court that they wish to proceed by proposing a new discovery schedule. The parties thank the Court for its time and attention to these matters.

                                          Respectfully Submitted,

                                          */s/ Sujata S. Gibson*
                                          Co-Counsel for the Plaintiff

                                          Counsel for the Defendants

Cc:    All counsel via ECF

T̲elephone: (607) 327-4125                                              E̲mail: sujata@gibsonfirm.law