# GIBSON LAW FIRM, PLLC

SUJATA S. GIBSON, ESQ.
120 E Buffalo St, Suite 2
Ithaca, New York 14850

---

May 25, 2023

**BY ECF**
Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, New York, NY 10007

      Re:    *Bensmaine v. City of New York*
                Docket 21 civ 4816 (JLR)(SLC)

Your Honor:

      I am co-counsel for the Plaintiff in this matter. I write jointly with Defendants' counsel Omar Siddiqi pursuant to the Court's order dated 5/5/2023 directing the parties to provide an update on settlement progress and the need for a settlement conference by 5/25/2023. The parties are exploring settlement and respectfully ask for more time to conclude these discussions. My client has a health issue that needs to be resolved settlement can be finalized. We would respectfully ask that the Court set a control date of June 15, 2023, at which time the parties should know if settlement is possible or a conference might be beneficial.

                                                         Respectfully Submitted,

The parties shall file an additional status report by **June 15, 2023**.

*/s/ Sujata S. Gibson*
Co-Counsel for the Plaintiff

Dated: May 26, 2023
New York, New York

Counsel for the Defendants

      Cc:     All counsel via email

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

TELEPHONE: (607) 327-4125                                            EMAIL: SUJATA@GIBSONFIRM.LAW