# GIBSON LAW FIRM, PLLC

SUJATA S. GIBSON, ESQ.
120 E Buffalo St, Suite 2
Ithaca, New York 14850

---

June 15, 2023

**BY ECF**
Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, New York, NY 10007

    Re: *Bensmaine v. City of New York*
          Docket 21 civ 4816 (JLR)(SLC)

Your Honor:

    I am co-counsel for the Plaintiff in this matter. I write jointly with Defendants' counsel Omar Siddiqi pursuant to the Court's order dated 5/26/23 directing the parties to provide an update on settlement discussions by June 15, 2023.

    The parties would like to request a virtual status conference. Counsel are both available: June 21 and 23 and July 19, 20 and 24th-28th anytime if the Court has availability on any of those days.

    The parties thank the Court for its time and attention to these matters.

                                     Respectfully Submitted,

                                     /s/ *Sujata S. Gibson*
                                   Co-Counsel for the Plaintiff


                                   Omar Siddiqi
                                   Counsel for the Defendants

Cc:    All counsel via ECF