UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHE BENSMAINE,

                    Plaintiff,

    -v-

CITY OF NEW YORK, et al.,

                    Defendants.

CIVIL ACTION NO.: 21 Civ. 4816 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request for a status conference (ECF No. 147) is GRANTED, and a telephone conference is scheduled for **Wednesday, June 21, 2023 at 11:15 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            June 16, 2023

                                          SO ORDERED.

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**