UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHE BENSMAINE,

                     Plaintiff,

  -v-

CITY OF NEW YORK, et al.,

                     Defendants.

CIVIL ACTION NO.: 21 Civ. 4816 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, June 21, 2023, by **July 21, 2023**, Plaintiff shall file a letter reporting on the status of the parties' settlement discussions.

Dated:      New York, New York
             June 21, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**