# GIBSON LAW FIRM, PLLC

SUJATA S. GIBSON, ESQ.
120 E Buffalo St, Suite 2
Ithaca, New York 14850

---

July 20, 2023

**BY ECF**
Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, New York, NY 10007

      Re:    *Bensmaine v. City of New York*
                Docket 21 civ 4816 (JLR)(SLC)

Your Honor:

    I am co-counsel for the Plaintiff in this matter. I write pursuant to the Court's order dated 6/21/2023 directing Plaintiff to file a letter reporting on the status of settlement discussions.

    The parties agree on the basic settlement terms pending review of the full settlement agreement. I wrote to opposing counsel today to ask for the full written agreement and would respectfully ask that this Court adjourn the matter for another month so that we can get it finalized.

    The parties thank the Court for its time and attention to these matters.

                                          Respectfully Submitted,

                                          /s/ *Sujata S. Gibson*
                                          Co-Counsel for the Plaintiff


                                          Omar Siddiqi
                                          Counsel for the Defendants

Cc:    All counsel via ECF

TELEPHONE: (607) 327-4125                                                               EMAIL: SUJATA@GIBSONFIRM.LAW