UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

CHRISTOPHER BENSMAINE,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, ANDREW HILLERY,
GERARD DOWLING, AMEL CIRIKOVIC, CHAJDON
MONESTINE, GREGORY JOHNSON, OSCAR
MOSQUERA, PAUL OLIVARES, VINCENT CASCIO,
WENDELL KORNEGAY, WILLIAM DOTTAVIO, AND
AMARJIT SINGH ,

                                      Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21CV4816

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        Aug. 15, 2023

| | |
|---|---|
| GIBSON LAW FIRM, PLLC<br>*Attorneys for Plaintiff*<br>832 Hanshaw Rd.<br>Ithaca, New York 14850<br>(607) 327-4125 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *Hillery, Dowling, Cirikovic, Montestine,*<br>   *Johnson, Mosquera, Olivares, Cascio,*<br>   *Kornegay, Dottavio, and Singh*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>    Sujata Gibson<br>    *Attorney for Plaintiff* | By: _____<br><br>Omar J. Siddiqi<br>*Senior Counsel* |

SO ORDERED:

_____
HON. JENNIFER L ROCHON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023