UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

CHRISTOPHER BENSMAINE,

                                      Plaintiff,

                -against-

THE CITY OF NEW YORK, ANDREW HILLERY,
GERARD DOWLING, AMEL CIRIKOVIC, CHAJDON
MONESTINE, GREGORY JOHNSON, OSCAR
MOSQUERA, PAUL OLIVARES, VINCENT CASCIO,
WENDELL KORNEGAY, WILLIAM DOTTAVIO, AND
AMARJIT SINGH ,

                                      Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21CV4816

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       Aug. 15, 2023

GIBSON LAW FIRM, PLLC
*Attorneys for Plaintiff*
832 Hanshaw Rd.
Ithaca, New York 14850
(607) 327-4125


By: _____
    Sujata Gibson
    *Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,
    Hillery, Dowling, Cirikovic, Montestine,
    Johnson, Mosquera, Olivares, Cascio,
    Kornegay, Dottavio, and Singh*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Omar J. Siddiqi
    *Senior Counsel*

SO ORDERED:

_____
HON. JENNIFER L ROCHON
UNITED STATES DISTRICT JUDGE

Dated: September 11, 2023